| | |
|---|---|
| 1 | BRIGGS LAW CORPORATION [FILE: 2061.05] |
| | Cory J. Briggs (State Bar no. 176284) |
| 2 | cory@briggslawcorp.com |
| | 99 East "C" Street, Suite 203 |
| 3 | Upland, CA 91786 |
| | Telephone: 909-949-7115 |
| 4 | Fax: 909-949-7121 |
| 5 | Attorneys for Defendants Mosaic Ag, LLC (erroneously sued |
| | as MosaicAg, Inc.), and Edward ("Ned") Fussell |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TPCO US Holding, LLC, a Delaware limited liability company, | CASE NO. 5:23-cv-01324-SVK |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| Ned Fussell, an individual, MosaicAg. Inc., a California corporation; Paula Bruning, an individual; Christopher Potter, an individual, Sukanya Lauer, an individual, Lacy O'Callaghan, and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Keri Taylor, am over the age of 18 years and not a party to this action. My business address is Briggs Law Corporation, 99 East "C" Street, Suite 2031, Upland, CA 91786.

On March 22, 2023, I served a copy of:

(1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on each party to this proceeding and/or the party's attorney(s) of record (if any) registered to use the Court's Case Management/Electronic Case Filing System (CM/ECF) via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 22, 2023.                                       /s/ Keri Taylor